**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ANGELIA M. ANDERSON | : | |
| | : | |
| v. | : | CIVIL NO. CCB-08-3 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |

...o0o...

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED**:

1. the defendant's motion to dismiss for lack of subject matter jurisdiction (docket entry no. 24) is **GRANTED**;

2. this case is **DISMISSED**; and

3. the Clerk shall **CLOSE** this case.

<table>
<tr><td>March 30, 2010<br>Date</td><td>/s/<br>Catherine C. Blake<br>United States District Judge</td></tr>
</table>