IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANGELIA M. ANDERSON             :

v.                              :     CIVIL NO. CCB-08-3

THE UNITED STATES OF AMERICA    :

## ORDER

I have reviewed the plaintiff's motion for reconsideration of the court's final judgment entered March 30, 2010 dismissing this case. While not cited, Fed. R. Civ. P. 59(e) and/or 60(b) presumably are the bases on which the plaintiff relies. The motion, however, does no more than re-argue the issues considered in granting the government's motion to dismiss, and present additional legal argument that could have been made earlier. No newly-discovered evidence has been proffered, nor any change in or clear error of law, nor any other grounds that the court might rely on to grant relief. *See Eberhardt v. Integrated Design & Const., Inc.*, 167 F.3d 861, 870 (4th Cir. 1999) ("Rule 60(b) does not authorize a motion for reconsideration of a legal issue.") (internal quotation marks and citation omitted); *Hutchinson v. Staton*, 994 F.2d 1076, 1081-82 (4th Cir. 1993) ("mere disagreement does not support a Rule 59(e) motion.").

Accordingly, the motion for reconsideration must be and is **Denied**.

**SO ORDERED** this  29th  day of April, 2010.

                                          /s/
                                    Catherine C. Blake
                                    United States District Judge