IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

ANGELIA M. ANDERSON           :

      Plaintiff           :

v.                            :           Civil Action No.: CCB08CV0003

THE UNITED STATES OF AMERICA  :

      Defendant          :

:   :   :   :   :   :   :   :   :   :   :   :   :

## NOTICE OF APPEAL

Notice is hereby given that Angelia M. Anderson, by her attorneys, Jonathan Schochor, Kerry D. Staton and Schochor, Federico and Staton, P.A., Plaintiff in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting the Defendant's Motion to Dismiss on March 30, 2010 and the Order denying Plaintiff's Motion for Reconsideration entered in this action on April 29, 2010.

_/s/ Jonathan Schochor_
Jonathan Schochor

_/s/ Kerry D. Staton_
Kerry D. Staton
Schochor, Federico and Staton, P.A.
The Paulton
1211 St. Paul Street
Baltimore, Maryland 21202
(410) 234-1000

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| ANGELIA M. ANDERSON : | |
| Plaintiff : | |
| v. : | Civil Action No. 1:08CV3 |
| THE UNITED STATES OF AMERICA : | |
| Defendant : | |

: : : : : : : : : : : : :

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 26th day of May, 2010, a copy of the aforegoing Notice of Appeal was mailed to Jason R. Cheeks, Esquire, PO Box 888, Washington, DC 20044, Attorney for the Defendant.

_____
Kerry D. Staton
Schochor, Federico and Staton, P.A.
The Paulton
1211 St. Paul Street
Baltimore, Maryland 21202
(410) 234-1000

Attorneys for the Plaintiffs