Filed: June 1, 2010

```
              UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT
                 _____

                      No. 10-1597
                  (1:08-cv-00003-CCB)
                 _____
```

ANGELIA M. ANDERSON

        Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

        Defendant - Appellee

_____

NOTICE OF APPELLATE CASE OPENING
_____

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Court Case Number | 1:08-cv-00003-CCB |
| Date notice of appeal filed in originating court | 05/26/2010 |
| Appellant(s) | Angelia M. Anderson |
| Appellate Case Number | 10-1597 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |

The above-captioned case has been opened in this Court.